# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number:

CARLOS PRIETO v. HBLC, INC.; STEVEN J. FINK; and
STEVEN J. FINK & ASSOCIATES, P.C

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PLAINTIFF - CARLOS PRIETO

```
FILED
MAY 9, 2008              YM
08CV2718
JUDGE GUZMAN
MAGISTRATE JUDGE SCHENKIER
```

| | |
|---|---|
| NAME (Type or print) | |
| Curtis C. Warner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Curtis C. Warner | |
| FIRM | |
| Warner Law Firm, LLC | |
| STREET ADDRESS | |
| 151 N. Michigan Ave. Ste. 3714 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6282197 | (312) 238-9820 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐