## *United States District Court for the Northern District of Illinois*

Case Number: 08CV2718          Assigned/Issued By: DAJ

Judge Name: GUZMAN            Designated Magistrate Judge: SCHENKIER

---

**FEE INFORMATION**

*Amount Due:*  ☑ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                Receipt #: 2766590

Date Payment Rec'd: 05/09/08       Fiscal Clerk: DAJ

---

**ISSUANCES**

☑ Summons                          ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

3  Original and  0  copies on 05/09/08  as to HBLC INC, STEVEN FINK,
                              (Date)
STEVEN FINK & ASSOCIATES P.C.

---

C:\wpwin80\docket\feeinfo.frm     03/14/05