IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLOS PRIETO, individually and on behalf of a class defined herein, <br><br> Plaintiff, <br><br> v. <br><br> HBLC, INC.; STEVEN J. FINK; and STEVEN J. FINK & ASSOCIATES, P.C., <br><br> Defendants | 08 C 2718 <br><br> Judge Guzman <br><br> Magistrate Judge Schenkier |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, May 29, 2008, at 9:30 a.m**., before the Honorable Ronald A. Guzman, or any judge occupying his place and stead in Room 1219 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, Plaintiff shall present **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.**

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner   cwarner@warnerlawllc.com
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601
(312) 238-9820 (TEL)

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on May 20, 2008, Plaintiff's Motion for Class Certification with the attached exhibits and the memorandum is support thereof was filed electronically using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered and a copy of such along was this notice of motion was sent via US Mail on May 21, 2008 to:

HBLC, Inc.
c/o Jennifer L. McAllister, Esq.
421 N. Northwest Hwy., Suite 201
Barrington, Illinois 60010

Steven J. Fink & Associates, P.C
Steven J Fink
25 E. Washington, Suite 1233
Chicago, Illinois 60602

                                                Respectfully submitted,

                                                s/ Curtis C. Warner
                                                Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601