IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLOS PRIETO, individually and on behalf of a class defined herein, ) ) ) | |
| Plaintiff, ) | 08 C 2718 |
| ) | |
| v. ) | Judge Guzman |
| ) | |
| HBLC, INC.; STEVEN J. FINK; and ) STEVEN J. FINK & ASSOCIATES, P.C., ) ) | Magistrate Judge Schenkier |
| Defendants ) | |

**CERTIFICATE OF SERVICE**

I, Curtis C. Warner, hereby certify that on May 21, 2008, a copy of the appearance of Laura K. Bautista on behalf of Plaintiff was sent via US Mail on May 21, 2008 to:

HBLC, Inc.
c/o Jennifer L. McAllister, Esq.
421 N. Northwest Hwy., Suite 201
Barrington, Illinois 60010

Steven J. Fink & Associates, P.C
Steven J Fink
25 E. Washington, Suite 1233
Chicago, Illinois 60602

                                                    Respectfully submitted,

                                                    s/ Curtis C. Warner
                                                    Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601