U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 2718 |

CARLOS PRIETO, Individually and on behalf of a class defined herein,
vs.
HBLC, INC.; STEVEN J. FINK; and STEVEN J. FINK & ASSOCIATES, P.C.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

STEVEN J. FINK and STEVEN J. FINK & ASSOCIATES, P.C.

| |
|---|
| NAME (Type or print) <br> Daniel F. Konicek |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ |
| FIRM <br> Konicek & Dillon, P.C. |
| STREET ADDRESS <br> 21 W. State St. |
| CITY/STATE/ZIP <br> Geneva, IL  60134 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6205408 | TELEPHONE NUMBER <br> 630.262.9655 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐