IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARLOS PRIETO, Individually and on behalf of a class defined herein, | ) ) | |
| Plaintiff, | ) | |
| vs. | ) ) | No.  08 CV 2718<br>Judge Guzman |
| HBLC, INC.; STEVEN J. FINK; and STEVEN J. FINK & ASSOCIATES, P.C., | ) ) | Magistrate Judge Schenkier |
| Defendants. | ) | JURY TRIAL DEMANDED |

## MOTION TO ENLARGE TIME TO ANSWER

NOW COME the Defendants, STEVEN J. FINK & ASSOCIATES, P.C. and STEVEN J. FINK (collectively referred to as "Fink"), through their counsel, KONICEK & DILLON, P.C., move this Court pursuant to FRCP 6(b) to enlarge the time to answer the Complaint and, in support thereof, state as follows:

1. Counsel for Fink was recently retained by Fink's professional liability insurance carrier.

2. Counsel for Fink has only recently received the Complaint and needs an additional fourteen (14) days to meet with Fink and prepare a responsive pleading.

WHEREFORE, the Defendants, STEVEN J. FINK & ASSOCIATES, P.C. and STEVEN J. FINK, pursuant to FRCP 6(b), respectfully request that this Court grant them until June 19, 2008 to answer or otherwise plead to the Complaint.

Respectfully submitted,

_____
Attorney for Defendants,
STEVEN J. FINK and
STEVEN J. FINK & ASSOCIATES, P.C.

Daniel F. Konicek (6205408)
KONICEK & DILLON, P.C.
21 W. State St.
Geneva, IL 60134
(630) 262-9655
DFK/cfg (Mot to Enlarge)