IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| CARLOS PRIETO, Individually and on behalf of a class defined herein, | ) ) ) | | |
| Plaintiff, | ) | | |
| vs. | ) ) | No. | 08 CV 2718 |
| | ) | | Judge Guzman |
| HBLC, INC.; STEVEN J. FINK; and STEVEN J. FINK & ASSOCIATES, P.C., | ) ) | | Magistrate Judge Schenkier |
| Defendants. | ) | | JURY TRIAL DEMANDED |

## NOTICE OF MOTION

TO:   See attached Service List.

*PLEASE TAKE NOTICE* that on **June 10, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Ronald A. Guzman** or any judge sitting in his stead in **Courtroom 1219** or in the courtroom usually occupied by him at the Dirksen Federal Building and shall then and there present the **MOTION TO ENLARGE**, a copy of which is attached hereto and hereby served upon you.

_____
Attorney for Fink Defendants

Daniel F. Konicek (6205408)
KONICEK & DILLON, P.C.
21 W. State St.
Geneva, IL  60134
(630) 262-9655

## CERTIFICATE OF SERVICE

The undersigned states that the foregoing instrument were served upon the attorney of record as addressed by depositing same in the U.S. Mail located at Geneva, Illinois 60134, on **June 4, 2008** with proper postage prepaid.

_____

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARLOS PRIETO, Individually and on behalf of a class defined herein, ) ) | | |
| Plaintiff, ) | | |
| vs. ) ) | No. | 08 CV 2718 |
| | | Judge Guzman |
| HBLC, INC.; STEVEN J. FINK; and STEVEN J. FINK & ASSOCIATES, P.C., ) ) | | Magistrate Judge Schenkier |
| Defendants. ) | | JURY TRIAL DEMANDED |

## SERVICE LIST

Curtis C. Warner
WARNER LAW FIRM, LLC
151 N. Michigan Ave., Suite 3714
Chicago, IL 60601
Phone: 312.238.9820
FAX:   312.638.9139
Email: cwarner@warnerlawllc.com
*Attorney for Plaintiff*