U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                               Case  08 CV 2718

Carlos Prieto, individually and on behalf of a
class defined herein,                    Plaintiff

vs.

HBLC, Inc., Steven J. Fink and Steven J. Fink &
Associates, P.C.,                        Defendants


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HBLC, Inc.


| SIGNATURE  /s/Corinne C. Heggie | |
|---|---|
| FIRM  Hinshaw & Culbertson LLP | |
| STREET ADDRESS  222 No. LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6276412 | TELEPHONE NUMBER<br>312-704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐    NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐    NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐   NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

6329146v1 889178