IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLOS PRIETO, individually and on behalf of a class defined herein, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HBLC, INC.; STEVEN J. FINK; and STEVEN J. FINK & ASSOCIATES, P.C.,, )<br>)<br>Defendants. ) | Case No.: 08 CV 2718<br><br>Judge Guzman |

**AGREED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant, HBLC, Inc. ("HBLC") by and through its attorneys David M. Schultz and Corinne C. Heggie pursuant to Rule 6 for its Agreed Motion for an Enlargement of Time to file its responsive pleading to plaintiff's Complaint, states as follows:

1.  On May 9, 2008, plaintiff filed a class action Complaint against defendant alleging that defendant violated the Fair Debt Collection Practices Act, ("FDCPA").

2.  Defendant was served on or about May 26, 2008. Defendant's responsive pleading is due Monday, June 16, 2008.

3.  Defense counsel has recently returned from maternity leave, been retained and needs additional time to analyze the issues in this matter, confer with her client and prepare the appropriate response. Defense counsel is contemporaneously filing an appearance with this motion.

4.  On June 12, 2008, defense counsel has discussed the additional time with counsel for the plaintiff and counsel for the plaintiff has no objection.

5.  This time is not meant for the purpose of unnecessary delay and will not prejudice any party to the litigation.

6328918v1 889178

WHEREFORE, Defendant, HBLC, Inc., respectfully requests that this Court grant it an additional 11 days from June 15, 2008, up to and including June 27, 2008, to file its responsive pleading to plaintiff's Complaint.

                                  Respectfully Submitted,

                                  _s/Corinne C. Heggie_
                                  One of the attorneys for
                                  HBLC, Inc.

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6328918v1 889178