IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLOS PRIETO, individually and on behalf of a class defined herein, ) ) ) Plaintiff, ) ) v. ) ) HBLC, INC.; STEVEN J. FINK; and STEVEN ) J. FINK & ASSOCIATES, P.C.,, ) ) Defendants. ) | Case No.: 08 CV 2718<br><br>Judge Guzman |

## NOTICE OF MOTION

To:   Curtis Warner
      Warner Law Firm, LLC
      151 No. Michigan Avenue
      Suite 3714
      Chicago, Illinois 60601
      (312) 238-9820
      cwarner@warnerlawllc.com

    PLEASE TAKE NOTICE that on the 17th day of June, 2008 at 9:30 A.M. or soon thereafter as this Motion may be heard, I shall appear before the Honorable Ronald A. Guzman or any Judge sitting in his stead in Courtroom 1219 of the Dirksen Federal Building, and then and there present **Defendant's Agreed Motion for an Enlargement of Time,** a copy of which is hereby served upon you.

                                Respectfully submitted,
                                By:/s/Corinne C. Heggie
                                One of the Attorneys for Deft., HBLC, Inc.

David M. Schultz
Jennifer W. Weller
Corinne C. Heggie
Hinshaw & Culbertson LLP
222 No. LaSalle St., Ste. 300
Chicago, IL 60601-1081
(312)704-3000
(312)704-3001 (f)

6329168v1 889178