IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARLOS PRIETO, individually and on behalf of a class defined herein, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 08 CV 2718 |
| HBLC, INC.; STEVEN J. FINK; and STEVEN J. FINK & ASSOCIATES, P.C.,, | ) ) ) | Judge Guzman |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, on oath state that on June 12, 2008 I served the above and foregoing **Appearance, Agreed Motion for an Enlargement of Time and Notice of Motion** via electronic mail to the following:

Curtis Warner
Warner Law Firm, LLC
151 No. Michigan Avenue
Suite 3714
Chicago, Illinois 60601
(312) 238-9820
cwarner@warnerlawllc.com

Respectfully submitted,
By:/s/Corinne C. Heggie
One of the Attorneys for Deft., HBLC, Inc.

David M. Schultz
Jennifer W. Weller
Corinne C. Heggie
Hinshaw & Culbertson LLP
222 No. LaSalle St., Ste. 300
Chicago, IL 60601-1081
(312)704-3000
(312)704-3001 (f)

6329160v1 889178