**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Carlos Prieto
              Plaintiff,

v.                                      Case No.: 1:08−cv−02718
                                                     Honorable Ronald A. Guzman

HBLC, Inc., et al.
              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 16, 2008:

     MINUTE entry before the Honorable Ronald A. Guzman:Motion by Defendant HBLC, Inc. for extension of time Agreed Motion for an Enlargement of Time [24] is granted to and including 6/27/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.