IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| CARLOS PRIETO, Individually and on behalf of a class defined herein, | ) ) | | |
| Plaintiff, | ) ) | | |
| vs. | ) ) | No. | 08 CV 2718 |
| | ) | | Judge Guzman |
| HBLC, INC.; STEVEN J. FINK; and STEVEN J. FINK & ASSOCIATES, P.C., | ) ) | | Magistrate Judge Schenkier |
| Defendants. | ) | | JURY TRIAL DEMANDED |

### NOTICE OF FILING

TO: See attached Service List.

*PLEASE TAKE NOTICE* that on **June 19, 2008**, we electronically filed with the office of the United States District Court for the Northern District of Illinois our **ANSWER** on behalf of the Defendants STEVEN J. FINK and STEVEN J. FINK & ASSOCIATES, P.C.; a copy of which is attached hereto and served upon you.

_____
Attorney for Fink Defendants

Daniel F. Konicek (6205408)
KONICEK & DILLON, P.C.
21 W. State St.
Geneva, IL 60134
(630) 262-9655

### CERTIFICATE OF SERVICE

The undersigned states that the foregoing instrument were served upon the attorney of record as addressed by depositing same in the U.S. Mail located at Geneva, Illinois 60134, on **June 19, 2008** with proper postage prepaid.

_____

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| CARLOS PRIETO, Individually and on behalf of a class defined herein, | ) ) | | |
| Plaintiff, | ) ) | | |
| vs. | ) ) | No. | 08 CV 2718 |
| | ) | | Judge Guzman |
| HBLC, INC.; STEVEN J. FINK; and STEVEN J. FINK & ASSOCIATES, P.C., | ) ) | | Magistrate Judge Schenkier |
| Defendants. | ) | | JURY TRIAL DEMANDED |

## SERVICE LIST

Curtis C. Warner
WARNER LAW FIRM, LLC
151 N. Michigan Ave., Suite 3714
Chicago, IL 60601
Phone: 312.238.9820
FAX:   312.638.9139
Email: cwarner@warnerlawllc.com
*Attorney for Plaintiff*

Laura Bautista
205 W. Monroe, 4th Floor
Chicago, IL 60606
Phone: 312.263.1642
*Co-Counsel for Plaintiff*

David M. Schultz
Jennifer W. Weller
Corinne C. Heggie
HINSHAW & CULBERTSON, LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601-1081
Phone: 312.704.3000
FAX:   312.704.3001
*Attorney for Defendant, HBLC, Inc.*