IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLOS PRIETO, individually and on behalf of a class defined herein, )<br>)<br>) | <br>08 C 2718 |
| Plaintiff, )<br>) | <br>Judge Guzman |
| v. )<br>) | <br>Magistrate Judge Schenkier |
| HBLC, INC.; STEVEN J. FINK; and STEVEN J. FINK & ASSOCIATES, P.C., )<br>)<br>) | |
| Defendants ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, June 26, 2008, at 9:30 a.m**., before the Honorable Ronald A. Guzman, or any judge occupying his place and stead in Room 1219 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, Plaintiff shall present **Plaintiff's Motion to Deem Certain Allegations in the Complaint Admitted, or in the Alternative, Order the Fink Defendants to Comply with Rule 8(b).**

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner          cwarner@warnerlawllc.com
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave., Ste. 3714
Chicago, Illinois 60601
(312) 238-9820 (TEL)

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on June 20, 2008, I filed electronically **Plaintiff's Motion to Deem Certain Allegations in the Complaint Admitted, or in the Alternative, Order the Fink Defendants to Comply with Rule 8(b) and notice of the motion thereof** using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered to the following:

David M. Schultz
Corinne C. Heggie
Hinshaw & Culbertson LLP
222 No. LaSalle St., Ste. 300
Chicago, IL 60601-1081
*Counsel for Defendant HBLC, Inc.*

Daniel F. Konicek
Koniek & Dillion, P.C.
21 W. State St.
Geneva, IL 60134
*Counsel for Fink Defendants*

                                        Respectfully submitted,

                                        s/ Curtis C. Warner
                                        Curtis C. Warner

Curtis C. Warner            cwarner@warnerlawllc.com
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave., Ste. 3714
Chicago, Illinois 60601
(312) 238-9820 (TEL)