IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLOS PRIETO, individually and on behalf of a class defined herein, ) ) ) Plaintiff, ) ) v. ) ) HBLC, INC., STEVEN J. FINK, and STEVEN J. FINK & ASSOCIATES, P.C., ) ) ) Defendants. ) ) ) | Case No.: 08 CV 2718 Judge Ronald Guzman Magistrate Judge Schenkier |

## FEDERAL RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, HBLC, Inc., states as follows:

1. HBLC, Inc. has no parent corporation.

2. No publicly held corporation owns 10% or more of HBLC, Inc. stock.

Respectfully submitted,

By: s/Corinne C. Heggie
One of the attorneys for Defendant,
**HBLC, Inc**.

David M. Schultz
Corinne C. Heggie
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6333554v1 889178