IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLOS PRIETO, individually and on behalf of a class defined herein,            ) <br> ) <br> Plaintiff,            ) <br> ) <br> v.            ) <br> ) <br> HBLC, INC.; STEVEN J. FINK; and STEVEN J. FINK & ASSOCIATES, P.C.,,            ) <br> ) <br> Defendants.            ) | Case No.: 08 CV 2718 <br><br> Judge Guzman |

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, on oath state that on **June 27, 2008** I served the above and foregoing **Answer to Complaint and Federal Rule 7.1 Disclosure Statement** via electronic mail to the following:

Curtis Warner
Warner Law Firm, LLC
151 No. Michigan Avenue
Suite 3714
Chicago, Illinois 60601
(312) 238-9820
cwarner@warnerlawllc.com

Daniel F. Konicek
James Lynch
Konicek & Dillon, P.C.
21 West State Street
Geneva, Illinois 60134
Dan@KonicekDillonLaw.com

                                                  Respectfully submitted,
                                                  By:/s/Corinne C. Heggie
                                                  One of the Attorneys for Deft., HBLC, Inc.

David M. Schultz
Jennifer W. Weller
Corinne C. Heggie
Hinshaw & Culbertson LLP
222 No. LaSalle St., Ste. 300
Chicago, IL 60601-1081
(312)704-3000
(312)704-3001 (f)

6335151v1 889178