**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Carlos Prieto
                Plaintiff,

v.                                                              Case No.: 1:08−cv−02718
                                                                Honorable Ronald A. Guzman

HBLC, Inc., et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Motion hearing held on 6/26/2008. Motion by Plaintiff to Deem Certain Allegations in the Complaint Admitted, or in the Alternative, Order the Fink Defendants to Comply with Rule 8(b) [31] is granted. Defendants' to answer or otherwise plead on or before 7/7/08. Status hearing set for *7/11/08 is reset to 7/14/2008 at 09:30 AM. on Court's own motion. * NOTE STATUS HEARING DATE DIFFERENT FROM DATE STATED IN OPEN COURT. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.