IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLOS PRIETO, individually and on behalf of a class defined herein, ) ) ) | |
| Plaintiff, ) ) | 08 C 2718 |
| ) ) | Judge Guzman |
| v. ) ) | |
| ) | Magistrate Judge Schenkier |
| HBLC, INC.; STEVEN J. FINK; and STEVEN J. FINK & ASSOCIATES, P.C., ) ) ) | |
| Defendants ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, July 15, 2008, at 9:30 a.m**., before the Honorable Ronald A. Guzman, or any judge occupying his place and stead in Room 1219 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, Plaintiff shall present **Plaintiff's Motion to Amend the Complaint.**

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 737
Chicago, Illinois 60601
(312) 238-9820 (TEL)

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on July 7, 2008, I filed electronically **Plaintiff's Motion to Amend and notice of the motion thereof** using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered to the following:

David M. Schultz
Corinne C. Heggie
Hinshaw & Culbertson LLP
222 No. LaSalle St., Ste. 300
Chicago, IL 60601-1081
*Counsel for Defendant HBLC, Inc.*

Daniel F. Konicek
Koniek & Dillion, P.C.
21 W. State St.
Geneva, IL 60134
*Counsel for Fink Defendants*

                                              Respectfully submitted,

                                              s/ Curtis C. Warner
                                              Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 737
Chicago, Illinois 60601
(312) 238-9820 (TEL)