# WARNER LAW FIRM, LLC
Millennium Park Plaza
155 N. Michigan Avenue, Suite 737
Chicago, Illinois 60601
312.238-9820 (TEL) * (312) 638-9139 (FAX)
www.warnerlawllc.com

July 9, 2008

<u>VIA HAND DELIVERY</u>
Honorable Ronald A. Guzman
Everett McKinley Dirksen Building
Room 1278
219 South Dearborn Street
Chicago, Illinois, 60604

      Re:    Prieto v. HLBC, Inc. et al, 08 C 2178
               Initial Status Discovery Plan
               Initial Status Hearing June 14, 2008

Dear Hon. Guzman:

      On June 30. 2008, Laura Bautista and Curtis Warner, counsel for the Plaintiff, Corinne Heggie, counsel for HLBC, Inc. and Jim Lynch, counsel for the Fink Defendants discussed the following discovery schedule, as later amended:

      1. Rule 26(a)(1) disclosures are to be made on or before July 31, 2008;

      2. Depositions of the parties and HLBC Inc's Rule 30(b)(6) deponent was originally agreed to occur during August 18 to August 28, 2008. Counsel for HBLC, Inc. has now not guaranteed that the deposition of Mr. Splig will take place during this time frame and suggested that it may be completed by September 30, 2008;

      3. Originally the parties agreed to September 30, 2008, is the last day to amend the pleadings or add parties. Now however, given HBLC's change in assurances regarding the presentation of its Rule 30(b)(6) deponent, Plaintiff does not want to be held to this date and suggests a date of September 30, 2008 or 30 days after the completion of the Splig deposition, which ever is later;

      4. The parties agree that Plaintiff shall disclose any expert witness on or before October 31, 2008;

      5. The parties agree that Defendants shall disclose any expert witness on or before December 1, 2008;

6. The parties agree that all discovery closes on January 2, 2009.

The parties have also agreed to limit the number of Interrogatories to 25 and depositions to 10, but upon a showing of good cause may petition the Court for additional Interrogatories or depositions.

Respectfully submitted,

*Curtis C. Warner*
Curtis C. Warner
Attorney for Plaintiff

Cc (via e-mail):

David M. Schultz
Corinne C. Heggie
Hinshaw & Culbertson LLP
222 No. LaSalle St., Ste. 300
Chicago, IL 60601-1081
*Counsel for Defendant HBLC, Inc.*

Daniel F. Konicek
James Lynch
Koniek & Dillion, P.C.
21 W. State St.
Geneva, IL 60134
*Counsel for Fink Defendants*