U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　　Case Number: 08 CV 2718

CARLOS PRIETO, Individually and on behalf of a class defined herein

v.

HBLC, INC.; STEVEN J. FINK; and STEVEN J. FINK & ASSOCIATES, P.C.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, STEVEN J. FINK and STEVEN J. FINK & ASSOCIATES, P.C.

| | |
|---|---|
| NAME (Type or print) Amir R. Tahmassebi | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ | |
| FIRM Konicek & Dillon, P.C. | |
| STREET ADDRESS 21 W. State Street | |
| CITY/STATE/ZIP Geneva, IL 60134 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6287787 | TELEPHONE NUMBER 630.262.9655 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐　NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐　NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐　NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐　APPOINTED COUNSEL ☐ | |