U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                    Case Number: 08 CV 2718

CARLOS PRIETO, Individually and on behalf of a class defined herein

v.

HBLC, INC.; STEVEN J. FINK; and STEVEN J. FINK & ASSOCIATES, P.C.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, STEVEN J. FINK and STEVEN J. FINK & ASSOCIATES, P.C.

| |
|---|
| NAME (Type or print)<br>James P. Lynch |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *James Lynch* |
| FIRM<br>Konicek & Dillon, P.C. |
| STREET ADDRESS<br>21 W. State Street |
| CITY/STATE/ZIP<br>Geneva, IL  60134 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6294439 | TELEPHONE NUMBER<br>630.262.9655 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐