**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Carlos Prieto
                Plaintiff,

v.                                                 Case No.: 1:08−cv−02718
                                                     Honorable Ronald A. Guzman

HBLC, Inc., et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiff to amend complaint [37] having been granted, plaintiff's motion to Deem Certain Allegations in the Complaint Admitted is stricken as moot. Status hearing held on 7/23/2008. Discovery ordered closed by 2/27/2009. Status hearing set for 9/24/2008 at 09:30 AM. Refer to Magistrate Judge for settlement conference. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.