UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Carlos Prieto, et al.
                    Plaintiff,

v.                                    Case No.: 1:08−cv−02718
                                                        Honorable Ronald A. Guzman

HBLC, Inc., et al.
                    Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: settlement conference.(cjg, )Mailed notice.

Dated: July 28, 2008

                                                                           /s/ Ronald A. Guzman

                                                                         United States District Judge