IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| CARLOS PRIETO, Individually and on behalf of a class defined herein, | ) ) | | |
| Plaintiff, | ) | | |
| vs. | ) ) | No. | 08 CV 2718 |
| | ) | | Judge Guzman |
| HBLC, INC.; STEVEN J. FINK; and | ) | | Magistrate Judge Schenkier |
| STEVEN J. FINK & ASSOCIATES, P.C., | ) | | |
| Defendants. | ) | | JURY TRIAL DEMANDED |

**DEFENDANTS STEVEN J. FINK AND
STEVEN J. FINK & ASSOCIATES, P.C.'S
RULE 26(a)(1) DISCLOSURES**

Defendants, STEVEN J. FINK and STEVEN J. FINK & ASSOCIATES, P.C., hereby

disclose the following information pursuant to Federal Rule of Civil Procedure 26(a)(1):

A.    **PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO FACTS ALLEGED WITH PARTIULARLITY.**

1.    Carlos Prieto;
2.    Steven Fink, c/o Konicek & Dillon, P.C.;
3.    Lawrence Spilg, c/o Hinshaw & Culbertson.

B.    **RELEVANT DOCUMENTS.**

1.    Those set forth in the Complaint.

C.    **COMPUATION OF DAMAGES.**

Defendants deny liability.  However, the statute at issue caps damages as follows:

a.    Statutory damages:  $1,000/plaintiff and 1% of Defendants' net worth (maximum of $500,000);

b.    Any actual damages;

c.    Attorney's fees, litigation expenses and costs of suit.

D.      **INSURANCE AGREEMENTS.**

See attached.

Respectfully submitted,

_____

Attorney for the Fink Defendants

Daniel F. Konicek (6205408)
KONICEK & DILLON, P.C.
21 W. State St.
Geneva, IL  60134
(630) 262-9655
(Our Rule 26 Disclosures)

DECLARATIONS

# ILLINOIS STATE BAR ASSOCIATION MUTUAL INSURANCE COMPANY
## LAWYER'S PROFESSIONAL POLICY DECLARATIONS

1. Policy Number                          **IL 103977 15**

2. Named Insured and Principal Address

   **Steven J. Fink & Associates, P.C.**
   **Suite 1233**
   **25 East Washington Street**
   **Chicago, IL. 60602**

3. Prior Acts Limitation (Retroactive Date)     **FULL PRIOR ACTS**

4. Policy Term                            **From November 1, 2007 to November 1, 2008**
                                          **at 12:01AM CST at address of Insured named in Item 2.**

5. Annual Premium                         ▮▮▮▮▮▮▮

6. Limits of Liability:          Per Claim    **$250,000.00**        Aggregate   **$500,000.00**
   (Inclusive of costs, charges and expenses)

7. Deductible: Each claim                 **$2,000.00**
   (Inclusive of costs, charges and expenses)

8. Date of Application                    **September 17, 2007**

Attached Forms and Endorsements

   **Policy IL 01/2005**
   **IL 105 01/98 (11/01/2007)  IL 106 07/00 (11/01/2007)  IL 409 (2/03) (11/01/2007)**

This schedule including all endorsements listed herein, is incorporated in and made part of the policy to which it applies.

Illinois State Bar Association                      All claims to be reported to:
Mutual Insurance Company
                                                    **ISBA Mutual Insurance Company**
                                                    **Claims Manager**
By: _Jon W. _____                               **223 West Ohio St.**
                                                    **Chicago, IL  60654-4445**
     Its Authorized Representative                   **(312)379-2000  (800)473-4722**
                                                    **Fax: (312)379-2003**

IL 01/2005      mm 08/05/2008

IL 106 07/00

**Policy Endorsement**

Effective: 11/1/2007
Policy#:  103977-15

AMENDMENT OF EXTENDED REPORTING PERIOD

FOR SOLO PRACTITIONERS

It is agreed that the **EXTENDED REPORTING PERIOD**, Section VI. E., is amended to include the following:

**E.   EXTENDED REPORTING PERIOD**

4.   Notwithstanding anything herein to the contrary, at the expiration, non-renewal or cancellation of the Policy of a **NAMED INSURED** who is a Solo Practitioner (the "Solo Practitioner **NAMED INSURED**") or upon the Solo Practitioner **NAMED INSURED**'s death or retirement, for an additional premium charge of the following percentage of the full annual premium stated in Item 5 of the Declarations, the Solo Practitioner **NAMED INSURED** or the estate of the Solo Practitioner **NAMED INSURED** (in the event of death) shall have the right to extend the period during which **CLAIMS** must be first made and reported to apply to **CLAIMS** first made against the Solo Practitioner **NAMED INSURED** for an unlimited period of time immediately following the expiration date, the effective date of such cancellation or non-renewal, or the date of death or retirement, and **REPORTED IN ACCORDANCE WITH ALL OTHER POLICY TERMS**:

| Number of Years Continuously Insured by ISBA Mutual | Percentage of Annual Premium |
|---|---|
| 1-4 years | 250% |
| 5 years | 225% |
| 6 years | 200% |
| 7 years | 175% |
| 8 years | 150% |
| 9 years | 125% |
| 10 plus years | 100% |

This endorsement is null and void if at any time during the **POLICY TERM** the **NAMED INSURED** is not a Solo Practitioner.

For purposes of this endorsement, a "Solo Practitioner" is defined as an attorney who does not practice law in conjunction with any other attorney, whether through a partnership, employer/employee relationship or otherwise.

_____
Authorized Representative

IL 106 07/00

IL 409 (2/03)                  **Policy Endorsement**                  Effective: 11/1/2007
                                                                       Policy#:  103977-15
                       TERRORISM COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CONFIRMS OUR EARLIER DISCLOSURE NOTICE MADE PURSUANT TO THE TERRORISM RISK INSURANCE ACT OF 2002.  PLEASE READ IT CAREFULLY.**

Your policy provides coverage for acts of terrorism as defined in the Terrorism Risk Insurance Act of 2002 (the "Act"), subject to all terms, conditions and limitations stated in your policy.  You should know that, under your policy, insured losses caused by an act of terrorism as defined in the Act would be partially reimbursed by the United States government under a formula established by the Act.  The Act provides for a shared system of compensation between the insurance companies covered by the Act and the United States government.  Under the formula set forth in the Act, the United States government pays 90% of losses arising from an act of terrorism defined in the Act exceeding the Act's established deductible which is paid by the insurance company providing the coverage.  The portion of your annual premium that is attributable to coverage for acts of terrorism is:  $  -0-  .

All other terms, conditions, limitations and exclusions of the Policy to which this endorsement is attached remain unchanged.

_____
                                    Authorized Representative

IL 409 (2/03)

FROM ISBA MUTUAL 312-979-2003 (TUE)AUG 5 2008 14:18/ST. 14:17/No. 7526689831 P 4

IL 105 01/98

**Policy Endorsement**

OFFICE SHARING EXCLUSION ENDORSEMENT

Effective: 11/1/2007
Policy#: 103977-15

It is agreed that the Policy to which this endorsement is attached does not apply to a **CLAIM** made against **YOU** if such **CLAIM** arises solely out of a **WRONGFUL ACT** of an individual with whom **YOU** share common office space or common office facilities and who is not an insured under this Policy.

All other terms, conditions, limitations and exclusions of the Policy to which this endorsement is attached remain unchanged.

_Jon W. _____

**Authorized Representative**

IL 105 01/98

Certification

ISBA Mutual Insurance Company
223 West Ohio St.
Chicago, IL 60654-4445
Phone: (312)379-2000
Toll Free: (800)473-4722
Fax: (312)379-2001

## CERTIFICATION OF INSURANCE

This certificate is issued as a matter of information only and confers no rights upon the certificate holder. This certificate does not amend, extend or alter the coverage afforded by the policy listed below. The Insurer accepts no responsibility for any additions or changes made hereon that are not on record with the Insurer.

| Name and Address of Insured: | Steven J. Fink & Associates, P.C. |
| | Suite 1233 |
| | 25 East Washington Street |
| | Chicago, IL. 60602 |

This is to certify that the policy of insurance listed below has been issued to the Insured named above and is in force at this time.

TYPE OF INSURANCE:      Lawyer's Professional Liability

POLICY NUMBER:           103977 15

POLICY PERIOD:            From November 1, 2007 to November 1, 2008

LIMITS OF LIABILITY:      $250,000.00/$500,000.00

DEDUCTIBLE:                $2,000.00

Date: 8/5/2008

10/94

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARLOS PRIETO, Individually and on behalf of a class defined herein, | ) ) | |
| Plaintiff, | ) | |
| vs. | ) ) | No.    08 CV 2718 |
| | ) | Judge Guzman |
| HBLC, INC.; STEVEN J. FINK; and STEVEN J. FINK & ASSOCIATES, P.C., | ) ) | Magistrate Judge Schenkier |
| Defendants. | ) | JURY TRIAL DEMANDED |

## NOTICE OF FILING

TO:    See attached Service List.

*PLEASE TAKE NOTICE* that on **August 5, 2008**, we electronically filed with the office of the United States District Court for the Northern District of Illinois **DEFENDANTS STEVEN J. FINK AND STEVEN J. FINK & ASSOCIATES, P.C.'S RULE 26(a)(1) DISCLOSURES**; a copy of which is attached hereto and served upon you.

_____
Attorney for Fink Defendants

Daniel F. Konicek (6205408)
Amir R. Tahmassebi (6287787)
James P. Lynch (6294439)
KONICEK & DILLON, P.C.
21 W. State St.
Geneva, IL  60134
(630) 262-9655

## CERTIFICATE OF SERVICE

The undersigned states that the foregoing instrument were served upon the attorney of record as addressed by depositing same in the U.S. Mail located at Geneva, Illinois 60134, on **August 5, 2008** with proper postage prepaid.

_____

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CARLOS PRIETO, Individually and on          )
behalf of a class defined herein,           )
                              Plaintiff,     )
                                             )      No.     08 CV 2718
            vs.                              )
                                             )              Judge Guzman
HBLC, INC.; STEVEN J. FINK; and             )              Magistrate Judge Schenkier
STEVEN J. FINK & ASSOCIATES, P.C.,          )
                              Defendants.    )              JURY TRIAL DEMANDED

## SERVICE LIST

Curtis C. Warner
WARNER LAW FIRM, LLC
151 N. Michigan Ave., Suite 3714
Chicago, IL 60601
Phone: 312.238.9820
FAX:   312.638.9139
Email: cwarner@warnerlawllc.com
*Attorney for Plaintiff*

David M. Schultz
Jennifer W. Weller
Corinne C. Heggie
HINSHAW & CULBERTSON, LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601-1081
Phone: 312.704.3000
FAX:   312.704.3001
*Attorney for Defendant, HBLC, Inc.*

Laura Bautista
205 W. Monroe, 4th Floor
Chicago, IL 60606
Phone: 312.263.1642
*Co-Counsel for Plaintiff*