IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLOS PRIETO, individually and on behalf of a class defined herein,  ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No.: 08 CV 2718 |
| HBLC, INC.; STEVEN J. FINK; and STEVEN J. FINK & ASSOCIATES, P.C.,, ) ) ) | Judge Guzman |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, on oath state that on **August 8, 2008,** I served the above and foregoing **Answer to Amended Complaint** via electronic mail to the following:

Curtis Warner
Warner Law Firm, LLC
Millennium Park Plaza
155 North Michigan Avenue
Suite 737
Chicago, Illinois 60601
(312) 238-9820
cwarner@warnerlawllc.com

Daniel F. Konicek
James Lynch
Konicek & Dillon, P.C.
21 West State Street
Geneva, Illinois  60134
Dan@KonicekDillonLaw.com

                                             Respectfully submitted,
                                             By:/s/Corinne C. Heggie
                                             One of the Attorneys for Deft., HBLC, Inc.

David M. Schultz
Corinne C. Heggie
Hinshaw & Culbertson LLP
222 No. LaSalle St., Ste. 300
Chicago, IL 60601-1081
(312)704-3000
(312)704-3001 (f)